■ DOUGLAS S. WATERBURY, Respondent, v DAVID F. MARUSIAK, Appellant, et al., Defendant. [720 NYS2d 869] —Appeal

unanimously dismissed without costs (*see, Ellingsworth v City of Watertown,* 113 AD2d 1013, 1014). (Appeal from Order of Oswego County Court, Hafner, Jr., J.—Default Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Kehoe, JJ.